**Order entered June 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00633-CV

**DEBORAH UGWA AND GODSWILL N. UGWA, JR., Appellant**

**V.**

**GODSWILL UGWA, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-04258**

## ORDER

Before the Court is appellee's rule 45 motion for damages. We **DENY** the motion.


/s/     CRAIG STODDART
JUSTICE